SCANNED at BCF and Emailed on
2-14-24 by CM  7 pages.
(date)   (initials) (num)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

ERIC SCOTT

[You are the PLAINTIFF, print your full name on this line.]

v.

JACK HENDRIX

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case No. 3:24-cv-00033-RLY-CSW

[For a new case in this court, leave blank. The court will assign a case number.]

FILED
02/14/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | JACK HENDRIX, Director of Classification, for the Indiana Department of Correction, in his official and individual capacity. | Indiana Government Center South, RM E334<br>302 West Washington Street<br>Indianapolis, IN 46204 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 1

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

2. What is the name and address of your prison or jail?

Branchville Correctional Facility

21390 Old St. rd. 37

Branchville, In 47514

3. Did the event you are suing about happen there?  ☒ Yes.  ◯ No, it happened at:

4. On what date did this event occur? _____

## CLAIMS and FACTS

Plaintiff claims that he has been deprived of earned credit time to which he is entitled under law is properly brought under 42 U.S.C § 1983, because he challenges the procedures by which his sentence is determined by Defendant. (In contrast with challenging the fact or duration of their sentence which is properly brought under 28 U.S.C. § 2254).

Facts:

1. Defendant has developed and implemented a policy or practice that deprives Plaintiffs of earned credit time in violation of state law, and rights secured by laws or Constitution of the United States.

2. Pursuant to the Adult Offender Classification Policy, A.P. 01-04-101, the Commissioner has designated Defendant as the Commissioner's designee in matters of classification.

3. Defendant's duty is to develop, implement, operate, monitor, evaluate, and revise the Department of Correction classification system.

5. When did this event happen?
    ◯ Before I was confined.
    ◯ While I was confined awaiting trial.
    ☒ After I was convicted while confined serving the sentence.
    ◯ Other: _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

6. Have you ever sued anyone for this exact same event?

   ☒ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?   ◯ No, this event is not grievable at this prison or jail.
   ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ◯ Yes, this event was grievable, but I did not file a grievance because

If you win this case, what do you want the court to order the defendant(s) to do?

1. Grant injunctive relief mandating that the calculation of Plaintiffs' earned credit time under (CPCT) must be based on his "entire sentence".

2. Award Plaintiff his costs and fees pursuant to 42 U.S.C. § 1988.

3. Award Plaintiff all other just and proper relief.

4. Pain and suffering compensation in the amount of $500,000

8.

[*Initial Each Statement*]

___ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
___ I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I WILL NOT send more than one copy of any filing to the court.
___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
___ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on __2__/__14__/20__24__ at __12__ am/pm
[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_____          196677
Signature                                Prisoner Number

240 (Rev. 7/10) (INND Rev. 8/16)

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]