UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ERIC SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00033-RLY-CSW |
| ) | |
| JACK HENDRIX Director of Classification, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Date: __6/06/2024__

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ERIC SCOTT
No address – Copy to be provided upon request